**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ALICE POWELL, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:18-cv-09186-KSH-CLW |
| | : | |
| v. | : | |
| | : | |
| CB RESTAURANTS, INC., | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT PURSUANT TO** |
| | : | **FED. R. CIV. P. 7.1** |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 7.1, CB Restaurants, Inc., states that it has no parent corporation and no publicly traded corporation owns more than 10% of its stock. CB Restaurants, Inc. is a privately held company.

JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
(973) 538-6890

By: Timothy D. Speedy

Attorneys for Defendant CB Restaurants, Inc.

Dated: July 12, 2018

416827
4849-8528-5485, v. 1